UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chris LANGER,<br><br>             Plaintiff,<br><br>v.<br><br>SPECTRUM TB EXCHANGE, LLC, AIRGAS USA, LLC, and DOES 1–10,<br><br>             Defendants. | Case No.:  20-cv-00291-MMA-BGS<br><br>**ORDER DENYING JOINT MOTION TO SUSPEND IN-PERSON MEETING OF COUNSEL REQUIREMENT AND IN-PERSON EARLY NEUTRAL EVALUATION REQUIREMENT**<br><br>**[ECF NO. 21]** |

On May 12, 2020, the Parties filed a Joint Motion requesting that the Court excuse the in-person on-site meet and confer requirement set forth in the Court's Early Neutral Evaluation Order, as well as the in-person requirement at the Early Neutral Evaluation Conference. (ECF No. 21; *see* ECF No. 20 ¶¶ 2, 7[setting forth requirements].) The Parties request that the in-person on-site meet and confer requirement and the Early Neutral Evaluation Conference's in-person requirement be excused due to the threat posed by the COVID-19 Pandemic and the stay-at-home orders that are in response to the COVID-19 Pandemic. (ECF No. 21 at 2.)

The current Emergency Orders regarding the COVID-19 health emergency are only in effect until June 15, 2020. (*See* Chief Judge Order Nos. 17–18, 24, 27.) The in-person

meet and confer requirement is required to be completed by June 24, 2020 and the Early Neutral Evaluation Conference is set to take place on July 8, 2020.  (*See* ECF No. 20.) Since both the in-person meet and confer requirement and the Early Neutral Evaluation Conference are set to occur after the expiration of the current COVID-19 Emergency Orders, June 15, 2020, this Joint Motion (ECF No. 21) is **DENIED**, **without prejudice**.  If the Emergency Orders regarding the COVID-19 health emergency are extended, parties may renew this motion.

**IT IS SO ORDERED.**

Dated:  May 28, 2020

_____
Hon. Bernard G. Skomal
United States Magistrate Judge