UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chris LANGER,<br><br>                                    Plaintiff,<br><br>v.<br><br>SPECTRUM TB EXCHANGE, LLC, AIRGAS USA, LLC, and DOES 1–10,<br><br>                                    Defendants. | Case No.:  20-cv-00291-MMA-BGS<br><br>**ORDER:**<br><br>**(1) CONVERTING EARLY NEUTRAL EVALUATION CONFERENCE TO VIDEO CONFERENCE; AND**<br><br>**(2) ISSUING UPDATED PROCEDURES** |

The Court hereby **CONVERTS** the Early Neutral Evaluation set for **July 8, 2020 at 1:30 PM** to **video conference.** To facilitate this modification, **IT IS HEREBY ORDERED:**

1. The Court will use its official Zoom video conferencing account to hold the ENE. **IF YOU ARE UNFAMILIAR WITH ZOOM:** Zoom is available on computers through a download on the Zoom website (https://zoom.us/meetings) or on mobile devices through the installation of a free app.[1]  Joining a Zoom conference does not

---

[1] If possible, participants are encouraged to use laptops or desktop computers for the video conference, rather than mobile devices.

require creating a Zoom account, but it does require downloading the .exe file (if using a computer) or the app (if using a mobile device). Participants are encouraged to create an account, install Zoom and familiarize themselves with Zoom in advance of the ENE.[2] There is a cost-free option for creating a Zoom account.

2. Prior to the start of the ENE, the Court will email counsel for each party an invitation to join a Zoom video conference that they must provide to participating client(s).  The Court will send the invitation to the email addresses listed for counsel in the case docket.  **If counsel does not receive an invitation to join the Zoom video conference by July 7, 2020, please email chambers at efile_skomal@casd.uscourts.gov.**  Again, if possible, participants are encouraged to use laptops or desktop computers for the video conference, as mobile devices often offer inferior performance. Participants shall join the video conference by following the ZoomGov Meeting hyperlink in the invitation.  **Participants who do not have Zoom already installed on their device when they click on the ZoomGov Meeting hyperlink will be prompted to download and install Zoom before proceeding**. Zoom may then prompt participants to enter the password included in the invitation.[3] All participants will be placed in a waiting room until the ENE begins.

3. Each participant should plan to join the Zoom video conference **at least five minutes before** the start of the ENE to ensure that the ENE begins promptly at 1:30 PM.  **The Zoom e-mail invitation may indicate an earlier start time, but the ENE will begin at the Court-scheduled time.**

4. Zoom's functionalities will allow the Court to conduct the ENE as it ordinarily would conduct an in-person ENE. The Court may divide participants into separate,

---

[2] For help getting started with Zoom, visit: https://support.zoom.us/hc/en-us/categories/200101697-Getting-Started.

[3] A Meeting ID will also be included and may be used along with the password to access the conference if necessary.

confidential sessions, which Zoom calls Breakout Rooms.[4] In a Breakout Room, the Court will be able to communicate with participants from a single party in confidence. Breakout Rooms will also allow parties and counsel to communicate confidentially without the Court.

   5. All participants shall display the same level of professionalism during the ENE and be prepared to devote their full attention to the ENE as if they were attending in person, *i.e.*, cannot be driving while speaking to the Court. Because Zoom may quickly deplete the battery of a participant's device, each participant should ensure that their device is plugged in or that a charging cable is readily available during the video conference.

   6. All dates, deadlines, procedures, and requirements set forth in the Court's original Order Setting ENE (ECF No. 20) remain in place, except as explicitly modified by this Order.

**IT IS SO ORDERED.**

Dated:  June 25, 2020

_____
Hon. Bernard G. Skomal
United States Magistrate Judge

---

[4] For more information on what to expect when participating in a Zoom Breakout Room, visit: https://support.zoom.us/hc/en-us/articles/115005769646