# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>   Plaintiff,<br><br> v.<br><br>SPECTRUM TB EXCHANGE, LLC, a Delaware Limited Liability Company; AIRGAS USA, LLC, a Delaware Limited Liability Company; and Does 1-10,<br><br>   Defendants. | Case No. 20cv291-MMA-BGS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 35] |

   Upon due consideration, good cause appearing, the Court **GRANTS** the parties' joint motion and **DISMISSES** this action with prejudice, each party to bear their own attorneys' fees and costs.  The Court **DIRECTS** the Clerk of Court to close the case.

   **IT IS SO ORDERED**.

DATE: November 2, 2020

HON. MICHAEL M. ANELLO
United States District Judge